UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States *ex rel.* Monica Dyson, §
§
    Plaintiff, §
VS. § CIVIL ACTION NO. H-03-4223
§
Amerigroup Texas Inc. *et al.*, §
§
    Defendants. §

## MEMORANDUM AND ORDER

Because previously sealed documents have been unsealed by another Judge in this District, the motion to lift seal, Docket No. 32, is hereby **DENIED** as moot.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 13th day of October, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.