UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* § <br> MONICA DYSON § <br> and § <br> MONICA DYSON, in her own right, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> AMERIGROUP TEXAS, INC. § <br> and § <br> AMERIGROUP CORPORATION, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-03-4223 |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion for leave to file an amended complaint. That motion, Docket No. 43, is hereby **DENIED WITHOUT PREJUDCE TO REFILING**, for failure to comply with the Court's conference requirement. If Plaintiff wishes to refile the motion, she is hereby **ORDERED** to contact Defendant at least two full business days before filing, to ascertain whether or not the motion is opposed. If unopposed, the motion should be so captioned.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 27th day of February, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE**, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.