IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* MONICA DYSON and MONICA DYSON, IN HER OWN RIGHT | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. H-03-4223 |
| AMERIGROUP TEXAS, INC. and AMERIGROUP CORPORATION | § § § | (JURY DEMANDED) |
| Defendants | § § | |

**ORDER ON JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE**

Plaintiffs, United States of America *ex rel.* Monica Dyson and Monica Dyson, in her own right; and Defendants Amerigroup Texas, Inc. and Amerigroup Corporation, have filed with this Court a Joint Motion to Dismiss All Claims With Prejudice, and have moved that this Court accordingly dismiss all of Plaintiffs' claims with prejudice. The Court having considered such motion is of the opinion that it should be GRANTED.

It is, therefore, ORDERED that all of Plaintiffs' claims are dismissed with prejudice, each party to bear its own costs and attorney's fees.

SIGNED FOR ENTRY this 21st day of July, 2006.

UNITED STATES DISTRICT JUDGE